CERTIFIED COPY

FILED
13 NOV 27 PM 1:16

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 13-2-40293-9 SEA

SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR KING COUNTY

R.P.,

  Plaintiff,

v.

SEATTLE SCHOOL DISTRICT, a political subdivision of the State of Washington,

  Defendant.

NO.

**COMPLAINT FOR DAMAGES**

COMES NOW the Plaintiff, by and through her attorneys of record, and by way of claim allege, and upon information and belief upon all other matters, as follows:

## I. PARTIES

1. Plaintiff R.P. is an adult woman residing in Seattle, Washington.

2. Defendant Seattle School District is a political subdivision of the State of Washington and employer of David Wysen.

## II. FACTS

3. When a student at Eckstein Middle School, Ms. Prince was sexually propositioned and assaulted by her teacher, David Wysen, on multiple occasions upon the school grounds.

COMPLAINT - 1 of 3

CONNELLY LAW OFFICES
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

4. Ms. Prince reported the improper conduct to school authorities but was left in Mr. Wysen's classroom thereafter and the sexual predation continued.

5. As a result of the defendant's negligence, Ms. Prince suffered extreme emotional distress and preventable sexual assaults and harassment.

### III. NEGLIGENCE

6. Defendant's acts breached the standard of care and reasonableness owed to Ms. Prince.

### IV. NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

7. Defendant's acts breached the standard of care and reasonableness owed to Ms. Prince causing her objective manifestations of trauma.

### V. TITLE IX – 20 U.S.C. 168

8. Defendant's acts breached the standard of care and reasonableness owed to Ms. Prince including creating a hostile school environment that negatively impacted Ms. Prince.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests a judgment against Defendant:

(a) Awarding Plaintiff general damages including loss of consortium and special damages in an amount to be proven at trial;

(b) Awarding her reasonable attorney's fees and costs as available under law,

(c) Awarding her any and all applicable interest on the judgment; and

(d) Awarding her such other and further relief as the Court deems just and proper under the circumstances of this case.

Respectfully submitted this 27th day of November, 2013.

CONNELLY LAW OFFICES

By _____
Lincoln C. Beauregard, WSBA No. 32878
Attorneys for Plaintiff

COMPLAINT - 3 of 3

CONNELLY LAW OFFICES
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

STATE OF WASHINGTON } ss.
County of King

    I, BARBARA MINER, Clerk of the Superior Court of the State of Washington, for the County of King, do hereby certify that I have compared the foregoing copy with the original insturment as the same appears on file and of record in my office, and that the same is a true and perfect transcript of said original and of the whole thereof. IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of said Superior Court at my office at Seattle this_____
day of __**DEC 1 2 2013**__ 20_____

                    BARBARA MINER Superior Court Clerk
                    By_____
                            Deputy Clerk

